Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  26–15338–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Robert White
dba Number One Taxi
459 Shunpike Road
Cape May Court House, NJ 08210

Social Security No.:
   xxx–xx–6108

Employer's Tax I.D. No.:
   45–1449316

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            7/22/26
Time:            09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101–2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 2, 2026
JAN: eag

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 26-15338-ABA

Robert White                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 02, 2026 | Form ID: 132 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert White, 459 Shunpike Road, Cape May Court House, NJ 08210-2014 |
| 521210334 | | PNC Bank Card Services, PO Box 5580, Dayton, OH 45401-1820 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 02 2026 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 02 2026 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521219089 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 02 2026 21:07:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521210332 | | Email/Text: customerservice.us@klarna.com | Jun 02 2026 21:05:00 | Klarna Inc., PO Box 8116, Columbus, OH 43201 |
| 521210333 | ^ | MEBN | Jun 02 2026 21:00:50 | KML Law Group, P.C., 701 Market Street- Suite 5000, Philadelphia, PA 19106-1541 |
| 521210335 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 02 2026 21:07:53 | Syncb / paypal, PO Box 71727, Philadelphia, PA 19176-1727 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026                    Signature:        /s/Gustava Winters

District/off: 0312-1

Date Rcvd: Jun 02, 2026

User: admin

Form ID: 132

Page 2 of 2

Total Noticed: 8

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

**Name** | **Email Address**

Andrew B Finberg

courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Matthew K. Fissel

on behalf of Creditor PNC Bank NA bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Steven A. Silnutzer

on behalf of Debtor Robert White silnutzerlaw@gmail.com
silnutzer.stevenb129140@notify.bestcase.com;stevenasil2000@yahoo.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4