Form 177 − fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 26−15338−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Robert White
dba Number One Taxi
459 Shunpike Road
Cape May Court House, NJ 08210

Social Security No.:
xxx−xx−6108

Employer's Tax I.D. No.:
45−1449316

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: September 8, 2026

Andrew B. Altenburg Jr.
Judge, United States Bankruptcy Court